# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

In re Application of:

GRANT CLARK and RUSSELL MAYHEW,

    Applicants,

For the Issuance of a Subpoena Pursuant to 28 U.S.C. § 1782(a) for the Taking of a Deposition of DOUGLAS E. SCOTT for Use in Foreign Proceedings,

    Respondent.

Case No:

## [PROPOSED] ORDER

Upon consideration of the Ex Parte Application for the Issuance of a Subpoena Pursuant to 28 U.S.C. § 1782(a) for the Taking of a Deposition of Douglas E. Scott for Use in Foreign Proceedings and the accompanying Memorandum in support thereof, this Court hereby **GRANTS** said Application and **ORDERS** that counsel for Applicants may issue and serve the subpoena attached as Exhibit 1 to the Application, inserting a date, time and location to be determined, and proceed to conduct the deposition and enforce the subpoena in accordance with the Federal Rules of Civil Procedure.

Dated this 25TH day of SEPTEMBER, 2018.

_____
United States District Judge